**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

THOMAS A. RODGERS,                              CASE NO.: 8:17-cv-01809-SDM-TGW
     Plaintiff,

vs.

CITIBANK, N.A.,
     Defendant.
_____/

**NOTICE OF SETTLEMENT**

     **COMES NOW**, Plaintiff, THOMAS A, RODGERS ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, CITIBANK, N.A., have come to an amicable settlement agreement.

Date: **October 24, 2017**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 24th day of October, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

     /s/ Christopher W. Boss
     Christopher W. Boss, Esq.
     FL Bar No.: 13183
     Boss Law
     Service Email: CPservice@protectyourfuture.com
     9887 4th Street N., Suite 202
     St. Petersburg, FL 33702
     Phone: (727) 471-0039
     Fax: (727) 471-1206
     Counsel for Plaintiff