UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


THOMAS A. RODGERS,

     Plaintiff,

v.                                    CASE NO. 8:17-cv-1809-T-23TGW

CITIBANK N.A.,

     Defendant.

_____/

### ORDER

     In accord with the parties' stipulation (Doc. 14), this action is **DISMISSED**

**WITH PREJUDICE**.

     ORDERED in Tampa, Florida, on December 1, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE